# EXHIBIT "B"

{00445486;v1}

SUPREME COURT OF PENNSYLVANIA COURT OF COMMON PLEAS CITY COURT OF THE STATE OF NEW YORK      COUNTY OF MONTGOMERY

Plaintiff / Petitioner:
ABINGTON TOWNSHIP

Defendant / Respondent:
CROWN CASTLE NG EAST LLC

**AFFIDAVIT OF SERVICE**

Index No:
16-23932

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on Thu, Oct 06 2016 AT 04:36 PM AT 13105 14TH AVE, COLLEGE POINT, NY 11356 deponent served the within CIVIL COVER SHEET, NOTICE TO DEFEND, COMPLAINT IN EQUITY, VERIFICATION, EXHIBITS A-E, CERTIFICATE OF SERVICE, PETITION FOR PRELIMINARY INJUNCTION, ORDER FOR HEARING/CONFERENCE DATE, AND ORDER (Received Oct 6, 2016 at 4:11pm EDT) on CROWN CASTLE NG EAST LLC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** CROWN CASTLE NG EAST LLC a defendant, therein named, by delivering a true copy of each to ANTHONY CATRON personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be EMPLOYEE thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 13105 14TH AVE, COLLEGE POINT, NY 11356, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Oct 06 2016.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 40 YEARS         Ethnicity: WHITE         Gender: MALE         Weight: 180 LBS
Height: 5'9           Hair: BROWN              Eyes:                 Relationship: EMPLOYEE
Other

MOHAMED BOURI
LICENSE #: 1278466

Sworn to before me on 10/6/16

Notary Public

KAREN O. RHODEN
Notary Public, State of New York
Qualified in Kings County
No. 01RH6176226
My Commission Expires 8/29/19