# EXHIBIT "C"

{00445486;v1}

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL DIVISION

ABINGTON TOWNSHIP                                NO. 2016-23932

vs.

CROWN CASTLE NG EAST LLC

**Temporary ORDER**

AND NOW, this 5th day of October, 2016, upon consideration of Abington Township's ("Township") Complaint and Petition for Preliminary Injunction and it appearing to the Court that immediate irreparable harm will be sustained by the Township before a hearing can be held on the Township's Petition for Preliminary Injunction, the Township's request for a Temporary Restraining Order is **GRANTED**, and it is further **ORDERED** that:

1. The Defendant shall cease and desist any and all constructing, installing, operating, maintaining and/or locating in the Township of cellular poles, antennas, and/or "nodes" as defined in the Township's Complaint;
2. Township to post bond in amount of $100.00.
3. Hearing is scheduled on the aforesaid Petition on Friday, October 7, 2016 at 9:30 A.M. in Court Room "F" of the Montgomery County Courthouse, Norristown, PA.
4. Counsel for Abington Township is responsible for service of this Order upon Defendant.

2016-23932-0004  10-6-2016 10:17 AM  # 10987717
Order
Rcpt=7289-1695  Fee:$0.00
Mark Levy - MontCo Prothonotary

BY THE COURT:

_____
JOSEPH A. SMYTH, SJ.

Copy of the above Order
☑ Hand delivered in open Court to the following:
☐ Mailed to the following:
Plaintiff's Attorney:     Noah Marlier, Esq.
Defense Attorney:      Pro Se
Court Administration – Civil Division: Shannon Santos
Clerk: Lisa Nowicki
Date: 10/5/16

CR0019
R;1/1/2006

THIS DOCUMENT WAS DOCKETED AND SENT ON 10/06/2016