# EXHIBIT "D"

{00222328;v1}

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
## CIVIL DIVISION

**ABINGTON TOWNSHIP**  NO. 2016-23932

vs.

**CROWN CASTLE NG EAST LLC**  IN: Petition for Preliminary Injunction

## ORDER

**AND NOW**, this 7th day of October, 2016, after hearing in open Court, it is hereby **ORDERED** that each party shall submit briefs within seven (7) days, by October 14, 2016. After, parties shall then submit reply briefs by October 21, 2016. The Temporary Restraining Order entered October 5, 2016 shall remain in effect. It is not necessary for Abington Township to post bond.



2016-23932-0007 10-7-2016 11:12 AM # 10989953
Order
Rcpt#Z2896532 Fee:$0.00
Mark Levy - MontCo Prothonotary

BY THE COURT:

_____
JOSEPH A. SMYTH, S.J.

Copy of the above Order
☑ Hand delivered in open Court to the following:
☐ Mailed to the following:
Plaintiff's Attorney: Noah Marlier, Esq.
Defense Attorney: Gerald E. Burns, III, Esq.
Court Administration – Civil Division: Shannon Santos
Reporter: Susan Laucella
Clerk: Lisa Nowicki
Date: 10/7/16

CR0019
R:1/1/2006

THIS DOCUMENT WAS DOCKETED AND SENT ON 10/07/2016