RUDOLPH CLARKE, LLC
BY:  Michael P. Clarke, Esquire
Attorney I.D. No. 63378
BY:  Noah Marlier, Esquire
Attorney I.D. No. 308985
Seven Neshaminy Interplex
Suite 200
Trevose, PA  19053           ATTORNEYS FOR ABINGTON TOWNSHIP
(215) 633-1890

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABINGTON TOWNSHIP<br>1176 Old York Road<br>Abington, PA 19001<br>    Plaintiff, | Civil Action – Equity |
| v. | |
| CROWN CASTLE NG EAST LLC<br>131-05 14TH Avenue<br>College Point, NY 11356<br>    Defendant. | No. 2:16-CV-05357 |

## CERTIFICATE OF SERVICE

I, Noah Marlier, Esquire, do hereby certify that I caused a true and correct copy of Abington Township's Motion to Remand, to be sent via First Class Mail, Postage Prepaid upon the following person(s);

Gerald E. Burns
Buchanan Ingersoll and Rooney, P.C.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102

                                              RUDOLPH CLARKE, LLC

Date: October 28, 2016           By:   _n-m-_____
                                              Noah Marlier, Esquire
                                              Attorney for Abington Township

{00537471;v1}