IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABINGTON TOWNSHIP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CROWN CASTLE NG EAST LLC | : | NO. 16-5357 |

## ORDER

**AND NOW**, this 4th day of January, 2017, upon consideration of Plaintiff's Motion to Remand (Docket No. 10), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Remand is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Montgomery County.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.